

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00560-CR

Ronald **GUILLORY** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13486
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 29, 2023.

_____
Irene Rios, Justice